IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA E. BOSWELL,

    Petitioner,                                      No. CIV S-09-1466 KJN (TEMP) P

    vs.

WARDEN IVES,

    Respondent.                                  <u>ORDER</u>

_____/

        Petitioner is a federal prison inmate who has filed an attack on his conviction from the District of South Dakota, claiming that the petition was properly brought under 28 U.S.C. § 2241 via the "savings clause" provisions of 28 U.S.C. § 2255. The court directed him to file a memorandum addressing whether he met the criteria for application of the savings clause. The thirty day period has expired, but petitioner has not filed the memorandum or otherwise responded to the court's order. Petitioner has consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c).

////
////
////
////

1       IT IS THEREFORE ORDERED that this action be dismissed without prejudice.

2 <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3 DATED: January 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bosw1466.ftp